IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                            **8:16CR13**

          vs.

HUGO LEYVA-MARTINEZ,                              **ORDER**

                    Defendant.

          Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 52.  No objection has been filed to the F&R.  Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

          THEREFORE, IT IS HEREBY ORDERED that:

          1.  The F&R, Filing No. 52, is adopted in its entirety; and

          2.   The defendant's motion to suppress, Filing No. 38, is granted as to the one pound of methamphetamine seized from the Ford F-250 but denied in all other aspects.

          Dated this 19th day of May, 2016

                                             BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             Senior United States District Judge