IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:16CR13 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| HUGO LEYVA-MARTINEZ, | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 7, 2017 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits A, A1, B-E from hearing held 3/22/16

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: December 8, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge